IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SAMUEL JACK KINSEY,**                    CASE NO. 2:09-cv-890
                                           JUDGE SMITH
    Petitioner,                        MAGISTRATE JUDGE KEMP

v.

**EDWARD SHELDON, WARDEN,**
**North Central Correctional Institution,**

    Respondent.

## OPINION AND ORDER

On April 30, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.

                                      \s\ George C. Smith
                                      GEORGE C. SMITH
                                      United States District Judge